# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MICHAEL JUSTIN PARKINS                                                                PLAINTIFF
ADC #168018

v.                                    2:23-cv-00229-JM

DEIGARION M. STATEN,
Corporal, East Arkansas Regional Unit; *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's notice pleading. (Docs. # 6 and 7). Plaintiff did not object to the Recommendation or file an amended complaint. If Plaintiff is experiencing interference with his legal mail or wishes to pursue any of the claims that were allegedly raised in his lost Amended Complaint, he can do so in a new lawsuit. The Court reviewed the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE