IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL JUSTIN PARKINS                                                              PLAINTIFF
ADC #168018

v.                                              2:23-cv-00229-JM

DEIGARION M. STATEN,
Corporal, East Arkansas Regional Unit; *et al.*                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 31st day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE